1   BENJAMIN B. WAGNER
    United States Attorney
2   TODD A. PICKLES
    Assistant United States Attorney
3   501 I Street, Suite 10-100
    Sacramento, CA 95814
4   Telephone:  (916) 554-2700
    Facsimile:   (916) 554-2900
5

6   Attorneys for Plaintiff
    United States of America
7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                       EASTERN DISTRICT OF CALIFORNIA
10

11  UNITED STATES OF AMERICA,              CASE NO.  2:13-CR-00412 TLN

12                     Plaintiff,          STIPULATION REGARDING EXCLUDABLE
                                           TIME PERIODS UNDER SPEEDY TRIAL ACT;
13           v.                            FINDINGS AND ORDER AS TO DEFENDANT
                                           MARIO LOPEZ-ALAYA
14  MARIO LOPEZ-AYALA,

15                     Defendant.

16

17                               **STIPULATION**

18       1.      By previous order, this matter was set for status on May 22, 2014.

19       2.      By this stipulation, defendant Mario Lopez-Ayala only now moves to continue this

20  matter to June 19, 2014 for a change of plea hearing, and to exclude time between May 22, 2014, and

21  June 19, 2014, under Local Code T4.

22       3.      The parties agree and stipulate, and request that the Court find the following:

23              a)      The government has represented that the discovery associated with this case

24  includes approximately 700 pages of documents and photographs, including investigative reports.  All of

25  this discovery has been produced directly to counsel.

26              b)      The United States has provided a plea agreement to defendant Lopez-Ayala.

27  Counsel has requested additional time to research matters related to the potential sentencing issues in

28  this case and to review discovery with respect to the terms of the agreements, and consult with her client

        STIPULATION RE: SPEEDY TRIAL ACT; FINDINGS AND        1
        ORDER

1    regarding implications for trial.

2            c)      Counsel for defendant Lopez-Alaya requests that the matter be set for change of

3    plea on June 19, 2014.

4            d)      Counsel for defendant Lopez-Alaya believes that failure to grant the above-

5    requested continuance would deny her the reasonable time necessary for effective preparation, taking

6    into account the exercise of due diligence.

7            e)      The United States does not object to the continuance.

8            f)      Based on the above-stated findings, the ends of justice served by continuing the

9    case as requested outweigh the interest of the public and the defendant in a trial within the original date

10   prescribed by the Speedy Trial Act.

11           g)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

12   et seq., within which trial must commence, the time period of May 22, 2014 to June 19, 2014, inclusive,

13   is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results

14   from a continuance granted by the Court at defendant's request on the basis of the Court's finding that

15   the ends of justice served by taking such action outweigh the best interest of the public and the

16   defendant in a speedy trial.

17       4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the

18   Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

19   must commence.

20

21

22

23

24

25

26

27

28

STIPULATION RE: SPEEDY TRIAL ACT; FINDINGS AND
ORDER

2

1       IT IS SO STIPULATED.

2

3    Dated:  May 21, 2014                          BENJAMIN B. WAGNER
                                                    United States Attorney

4                                                   */s/ Todd A. Pickles*
                                                    TODD A. PICKLES
5                                                   Assistant United States Attorney

6

7    Dated:  May 21, 2014                          */s/ Todd A. Pickles for*
                                                    KATHERINE E. LATHROP
8                                                   Counsel for Defendant
                                                    Mario Lopez-Ayala
9

10

11

12                              **FINDINGS AND ORDER**

13          IT IS SO FOUND AND ORDERED this 22nd day of May, 2014.

14

15

16

17                                   _____

18                                   Troy L. Nunley
                                     United States District Judge
19

20

21

22

23

24

25

26

27

28

STIPULATION RE: SPEEDY TRIAL ACT; FINDINGS AND        3
ORDER