1  BENJAMIN B. WAGNER
   United States Attorney
2  TODD A. PICKLES
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5
   Attorneys for Plaintiff
6  United States of America

7
                IN THE UNITED STATES DISTRICT COURT
8
                FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10
   UNITED STATES OF AMERICA,            CASE NO. 2:13-CR-00412 TLN
11
                     Plaintiff,          **AMENDED** STIPULATION AND ORDER TO
12                                       CONTINUE JUDGMENT AND SENTECING
              v.                         HEARING
13
   MARIO LOPEZ-AYALA,
14
                     Defendant.
15

16
                              **STIPULATION**
17
         Plaintiff United States of America, by and through its counsel of record, and defendant Mario
18
   Lopez-Ayala, by and through his counsel of record, hereby stipulate as follows:
19
         1.      By previous order, this matter was set for a judgment and sentencing hearing on
20
   December 4, 2014.
21
         2.      By this stipulation, the parties jointly move the Court to continue the judgment and
22
   sentencing hearing to March 26, 2015, at 9:30 a.m.
23
         3.      Because the defendant stands convicted of possession with intent to distribute
24
   methamphetamine in violation of Title 21, United States Code § 841(a)(1), the provisions of the Speedy
25
   Trial Act, 18 U.S.C. § 3161, *et seq.*, do not apply to this stipulation and the continuance of the date for
26
   judgment and sentencing.
27

28

   Stipulation for Continuance of Judgment and        1
   Sentencing

IT IS SO STIPULATED.

DATED: November 25, 2014          BENJAMIN B. WAGNER
                                  United States Attorney

                                  */s/ Todd A. Pickles*
                                  TODD A. PICKLES
                                  Assistant United States Attorney

                                  For the UNITED STATES OF AMERICA


DATED: November 25, 2014          */s/ Todd A. Pickles for*
                                  KATHERINE LOTHROP, ESQ.

                                  For defendant MARIO LOPEZ-AYALA


**O R D E R**

For the reasons set forth in the parties' stipulation and for good cause showing, the Court hereby ADOPTS the parties' stipulation and orders that the judgment and sentencing hearing in this matter be continued to March 26, 2015 at 9:30 a.m. The dates for submission of all informal and formal objections and sentencing memoranda shall be reset based on the new hearing date.

IT IS SO ORDERED this 25th day of November, 2014.

                                  Troy L. Nunley
                                  United States District Judge

Stipulation for Continuance of Judgment and Sentencing          2