1  BENJAMIN B. WAGNER
   United States Attorney
2  TODD A. PICKLES
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone:  (916) 554-2700
   Facsimile:   (916) 554-2900
5
6  Attorneys for Plaintiff
   United States of America
7
8              IN THE UNITED STATES DISTRICT COURT
9              FOR THE EASTERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>                v.<br><br>MARIO LOPEZ-AYALA,<br><br>                          Defendant. | CASE NO. 2:13-CR-00412 TLN<br><br>STIPULATION TO CONTINUE JUDGMENT AND SENTECING HEARING; ORDER |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant Mario Lopez-Ayala, by and through his counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for a judgment and sentencing hearing on March 26, 2014.

2.      By this stipulation, the parties jointly move the Court to continue the judgment and sentencing hearing to March 10, 2016.

3.      Because the defendant stands convicted of possession with intent to distribute methamphetamine in violation of Title 21, United States Code § 841(a)(1), the provisions of the Speedy Trial Act, 18 U.S.C. § 3161, *et seq*., do not apply to this stipulation and the continuance of the date for judgment and sentencing.

1    IT IS SO STIPULATED.

2    DATED: March 20, 2015                    BENJAMIN B. WAGNER
                                              United States Attorney

3
                                              /s/ Todd A. Pickles
4                                             TODD A. PICKLES
                                              Assistant United States Attorney
5
                                              For the UNITED STATES OF AMERICA
6

7
     DATED: March 20, 2015                    /s/ Todd A. Pickles for
8                                             KATHERINE LOTHROP, ESQ.

9                                             For defendant MARIO LOPEZ-AYALA

10

11                                **O R D E R**

12          For the reasons set forth in the parties' stipulation and for good cause showing, the Court hereby

13   ADOPTS the parties' stipulation and orders that the judgment and sentencing hearing in this matter be

14   continued to March 10, 2016 at 9:30 a.m.  The dates for submission of all informal and formal

15   objections and sentencing memoranda shall be reset based on the new hearing date.

16          IT IS SO ORDERED this 20th day of March, 2015.

17

18

19

20   _____
     Troy L. Nunley
21   United States District Judge

22

23

24

25

26

27

28

Stipulation for Continuance of Judgment and          2
Sentencing; Order