1  BENJAMIN B. WAGNER
   United States Attorney
2  TODD A. PICKLES
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5
   Attorneys for Plaintiff
6  United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:13-CR-00412 TLN |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE JUDGMENT AND SENTECING HEARING; ORDER |
| v. | |
| MARIO LOPEZ-AYALA, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant Mario Lopez-Ayala, by and through his counsel of record, hereby stipulate as follows:

1.  By previous order, this matter was set for a judgment and sentencing hearing on March 10, 2016.

2.  By this stipulation, the parties jointly move the Court to continue the judgment and sentencing hearing to August 25, 2016.

3.  Because the defendant stands convicted of possession with intent to distribute methamphetamine in violation of Title 21, United States Code § 841(a)(1), the provisions of the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, do not apply to this stipulation and the continuance of the date for judgment and sentencing.

Stipulation for Continuance of Judgment and Sentencing                 1

IT IS SO STIPULATED.

DATED: March 8, 2016

BENJAMIN B. WAGNER
United States Attorney

*/s/ Todd A. Pickles*
TODD A. PICKLES
Assistant United States Attorney

For the UNITED STATES OF AMERICA

DATED: March 8, 2016

*/s/ Todd A. Pickles for*
KATHERINE LOTHROP, ESQ.

For defendant MARIO LOPEZ-AYALA

# O R D E R

For the reasons set forth in the parties' stipulation and for good cause showing, the Court hereby ADOPTS the parties' stipulation and orders that the judgment and sentencing hearing in this matter be continued to August 25, 2016 at 9:30 a.m. The dates for submission of all informal and formal objections and sentencing memoranda shall be reset based on the new hearing date.

IT IS SO ORDERED this 8th day of March 2016.

_____
Troy L. Nunley
United States District Judge