PHILLIP A. TALBERT
United States Attorney
JOSH F. SIGAL
Special Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:13-CR-0412 TLN |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE JUDGMENT AND SENTENCING HEARING; ORDER |
| v. | |
| MARIO LOPEZ-AYALA, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant Mario Lopez-Ayala, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a judgment and sentencing hearing on August 25, 2016.

2. By this stipulation, the parties jointly move the Court to continue the judgment and sentencing hearing to December 8, 2016.

3. Because the defendant stands convicted of possession with intent to distribute methamphetamine in violation of Title 21, United States Code § 841(a)(1), the provisions of the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, do not apply to this stipulation and the continuance of the date for judgment and sentencing.

IT IS SO STIPULATED.

Dated: August 23, 2016                         PHILLIP A. TALBERT
                                               Acting United States Attorney

                                               */s/ Josh F. Sigal*
                                               JOSH F. SIGAL
                                               Special Assistant United States Attorney

Dated: August 23, 2016                         */s/ Josh F. Sigal for*
                                               KATHERINE LOTHROP, ESQ.
                                               Counsel for Defendant
                                               MARIO LOPEZ-AYALA

## ORDER

For the reasons set forth in the parties' stipulation and for good cause showing, the Court hereby ADOPTS the parties' stipulation and orders that the judgment and sentencing hearing in this matter be continued to December 8, 2016 at 9:30 a.m. The dates for submission of all informal and formal objections and sentencing memoranda shall be reset based on the new hearing date.

IT IS SO ORDERED this 23rd day of August, 2016.

_____
Troy L. Nunley
United States District Judge

STIPULATION FOR CONTINUANCE OF JUDGMENT AND SENTENCING

2