IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case №:2:13-cr-00412 TLN |
|---|---|---|
| Plaintiff, | ) | **O R D E R**<br>**APPOINTING COUNSEL** |
| vs. | ) | |
| MARIO LOPEZ-AYALA, | ) | |
| Defendant. | ) | |

The Court relieved retained counsel Katherine Lothrop in court on November 3, 2016, after granting Defendant's motion to discharge counsel. The Court finds Defendant does not have the financial ability to employ counsel.[1] Defendant has been awaiting sentencing before this Court since June 19, 2014, after pleading guilty to 21 USC § 841(a).

CJA Panel attorney Dina Santos is hereby appointed effective November 3, 2016, the date the Office of the Federal Defender first contacted her.

**APPOINTED COUNSEL IS ORDERED TO RETAIN THE SIGNED *FINANCIAL AFFIDAVIT* SUPPORTING APPOINTMENT.**

Dated: November 7, 2016

Troy L. Nunley
United States District Judge

---

[1] In his letter to the Court requesting counsel be dismissed filed October 21, 2016 (ECF 82), Defendant informed the Court that he was indigent and did not have the resources to afford new counsel. The Court interpreted said letter as a motion to discharge his attorney.

ORDER APPOINTING COUNSEL     1