Dina L. Santos, SBN 204200
A Professional Law Corporation
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone: (916) 447-0160
Facsimile: (916) 447-2988

Attorney for:
MARIO LOPEZ-AYALA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>    v.<br><br>MARIO LOPEZ-AYALA,<br><br>                 Defendant. | CASE NO. 2:13-CR-0412 TLN<br><br>STIPULATION TO CONTINUE JUDGMENT AND SENTENCING TO FEBRUARY 23, 2017 AT 9:30 A.M. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, Todd Pickles, and Defendants Mario Lopez-Ayala, represented by Attorney Dina Santos, hereby stipulate to continue the date of Judgement and Sentencing to February 23, 2017, at 9:30 a.m. Counsel for Mr. Lopez-Ayala is new to the case and requires time to prepare for sentencing. Probation will be advised of the new date.

IT IS SO STIPULATED.

Dated: December 5, 2016                              PHILLIP A. TALBERT
                                                    United States Attorney

                                                      /s/ Todd Pickles
                                                     TODD PICKLES
                                                     Assistant United States Attorney

1

Dated: December 5, 2016         /s/   Dina L. Santos
                                DINA L. SANTOS, ESQ.
                                Attorney for MARIO LOPEZ-AYALA

**ORDER**

IT IS SO FOUND AND ORDERED this 5th day of December, 2016.

Troy L. Nunley
United States District Judge

2