Dina L. Santos, SBN 204200
A Professional Law Corporation
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone: (916) 447-0160
Facsimile: (916) 447-2988

Attorney for:
MARIO LOPEZ-AYALA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>           v.<br><br>MARIO LOPEZ-AYALA,<br>                    Defendant. | CASE NO.  2:13-CR-0412 TLN<br><br>STIPULATION TO CONTINUE JUDGMENT AND SENTENCING |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, Todd Pickles, and Defendants Mario Lopez-Ayala, represented by Attorney Dina Santos, hereby stipulate to continue the date of Judgement and Sentencing to October 12, 2017, at 9:30 a.m.  Probation will be advised of the new date.

IT IS SO STIPULATED.

Dated:  February 22, 2017                              PHILLIP A. TALBERT
                                                                            United States Attorney

                                                                             /s/ Todd Pickles
                                                                            TODD PICKLES
                                                                            Assistant United States Attorney

1

Dated:  February 22, 2017

/s/   Dina L. Santos
DINA L. SANTOS, ESQ.
Attorney for MARIO LOPEZ-AYALA

**ORDER**

IT IS SO FOUND AND ORDERED this 22nd day of February, 2017.

Troy L. Nunley
United States District Judge

2