UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
March 20, 2017
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MARIO LOPEZ-AYALA,

    Defendant.

Case No. 2:13-cr-00412-TLN

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __MARIO LOPEZ-AYALA__,

Case No. __2:13-cr-00412-TLN__ Charge __21 USC § 846 & § 841(a)(1)__, from custody for the following reasons:

    _____ Release on Personal Recognizance

    _____ Bail Posted in the Sum of $ _____

    __X__ Unsecured Appearance Bond $ __$50,000__

    _____ Appearance Bond with 10% Deposit

    _____ Appearance Bond with Surety

    _____ Corporate Surety Bail Bond

    __X__ (Other): __Terms and Conditions stated on the record.__

Issued at Sacramento, California on March 20, 2017 at 2:53 pm

By: _____
Magistrate Judge Deborah Barnes