Dina L. Santos, SBN 204200
A Professional Law Corporation
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone: (916) 447-0160
Facsimile: (916) 447-2988

Attorney for:
MARIO LOPEZ-AYALA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>MARIO LOPEZ-AYALA,<br><br>　　　　　Defendants | CASE NO. 13-0412 TLN<br><br>STIPULATION AND PROPOSED ORDER |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, Todd Pickles, and Defendants Mario Lopez-Ayala, represented by Attorney Dina Santos, hereby stipulate to allow Mr. Lopez-Ayala to travel to Mexico to attend his father's funeral. Mr. Lopez-Ayala will be permitted to travel to Mexico on June 1, 2017, and return on June 7, 2017. Mr. Lopez-Ayala's passport will be released to him from the Clerk's office forthwith and returned to the Clerk's Office on June 8, 2017. Defense Counsel has advised Mr. Lopez-Ayala that failure to return on June 7, 2017, will result in a violation of his terms of release, and may subject him to further prosecution.

　　　IT IS SO STIPULATED.

1

Dated: June 1, 2017

PHILLIP A. TALBERT
United States Attorney

 /s/ Todd Pickles
TODD PICKLES
Assistant United States Attorney

Dated: June 1, 2017

/s/  Dina L. Santos
DINA L. SANTOS, ESQ.
Attorney for MARIO LOPEZ-AYALA

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated: June 1, 2017

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2